# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

REENA NACOLE CAMPBELL                                                                 PLAINTIFF

V.                                        NO. 3:12CV00316 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 21st day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE